Helen Witton, appellee, v. Edwin J. Nelson, appellant. Gen. No. 39,850.

Opinion filed

March 21, 1938. Additional opinion filed April 4, 1938. Rehearing denied April 4, 1938.

Frisch & De Haan, for appellant; Samuel J. Nordorf, of counsel. Ditchburne & Lounsbury, for appellee; Harry S. Ditchburne and Nicholas J. Bohling, of counsel.

Mr. Justice Matchett delivered the opinion of the court.